UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL PAUL SHENEMAN,

    Plaintiff,

v.                                             Hon. Janet T. Neff

MICHIGAN, STATE OF,                     Case No. 1:19-cv-00147

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2). The Court has updated the form required to apply to proceed without payment. Plaintiff shall, within seven days from entry of this order, submit an amended application on the required AO Form 239. The form is available for download from the court's website, www.miwd.uscourts.gov, under: Forms ► Civil Forms ► Application to Proceed Without Payment of Filing Fee (AO 239).

    IT IS SO ORDERED.

Date: February 26, 2019                           /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                        U.S. Magistrate Judge